Louis IVORY v. STATE of Arkansas

CR 94-285                                        874 S.W.2d 375

Supreme Court of Arkansas
Opinion delivered May 2, 1994

*Bill R. Holloway*, for appellant.

No response.

PER CURIAM. Appellant, Louis Ivory, by his attorney, has filed for a rule on the clerk.

His attorney, Bill R. Holloway, admits that the failure to file the record in time was due to a mistake on his part.

■ We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases, 265 Ark. 964. A copy of this opinion will be forwarded to the Committee on Professional Conduct.